PROB 12C
(6/16)

Report Date: May 3, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Michael Stalkfleet          Case Number: 0980 2:08CR06075-EFS-1

Address of Offender:          Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 16, 2009

| | | |
|---|---|---|
| Original Offense: | Cts. 1-3: Distribution of a Controlled Substance- Heroin, 21 U.S.C. § 841(a) | |
| Original Sentence: | Prison - 96 months; TSR - 72 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: October 9, 2015 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: October 8, 2021 |

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/12/2017, 04/20/2017 and 04/24/2017.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: The defendant is considered to be in violation of his period of supervised release by using the following controlled substances on or prior to April 19, 2017, methamphetamine, marijuana, morphine, and oxycodone.

On April 19, 2017, the defendant provided a urine sample which was forwarded directly to Alere Laboratories for confirmation of controlled substances. The sample returned positive for the presence of methamphetamine, marijuana, morphine, and oxycodone. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/03/2017

s/David L.McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

May 8, 2017

Date