Report Date: January 22, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Michael Stalkfleet	Case Number: 0980 2:08CR06075-EFS-1

Address of Offender: ▇▇▇▇▇▇▇ West Richland, Washington 99353

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 16, 2009

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance - Heroin, 18 U.S.C. § 841(a); Distribution of a Controlled Substance - Heroin, 21 U.S.C. § 841(a); Distribution of a Controlled Substance - Heroin, 21 U.S.C. § 841(a) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 96 months; TSR - 72 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: May 16, 2017 | Prison - 16 months; TSR - 38 months | | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: | August 16, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | October 15, 2021 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/17/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing. As directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using controlled substances, suboxone, and marijuana, on or prior to January 15, 2019. |
| | On August 16, 2018, the offender signed his judgement in a criminal case stating he understood that he could not use illegal controlled substances. |

Prob12C
**Re: Stalkfeet, Jason Michael**
**January 22, 2019**
**Page 2**

On January 15, 2019, the offender reported to the probation office in Richland, Washington, and a random drug test was administered. When the urine sample provided returned presumptive positive for the presence of methamphetamine and marijuana the offender noted he had returned home on January 10, 2019, to find his wife passed out on the couch of his home with methamphetamine by her. He went on to admit he obtained the methamphetamine and used it. The sample was forwarded to Alere to be confirmed for both methamphetamine and marijuana and an additional test was requested for suboxone.

On January 18, 2019, the sample returned positive for the presence of marijuana, suboxone, and methamphetamine. The methamphetamine was addressed in the January 17, 2019, petition and violation report. The positive finding for the marijuana and suboxone was unknown until the sample was confirmed on January 18, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/22/2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

January 22, 2019
Date