PROB 12C
(6/16)

Report Date: December 1, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Michael Stalkfleet                    Case Number: 0980 2:08CR06075-EFS-1

Address of Offender:                                          Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 16, 2009

Original Offense:         Cts. 1-3: Distribution of a Controlled Substance - Heroin, 21 U.S.C. § 841(a)

| | | |
|---|---|---|
| Original Sentence: | Prison - 96 months;<br>TSR - 72 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 16, 2017) | Prison- 16 months;<br>TSR - 38 months | |
| Revocation Sentence:<br>(February 7, 2019) | Prison- 14 months;<br>TSR- 24 months | |
| Asst. U.S. Attorney: | Matthew A. Stone | Date Supervision Commenced: April 5, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: April 4, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Stalkfleet is considered to be violation of his period of supervised release by using a controlled substance, fentanyl, on or prior to November 12, 2021.

On April 7, 2020, Mr. Stalkfleet's conditions of supervised release were reviewed with him and he acknowledged he understood he was not to illegally use controlled substances.

Prob12C
**Re: Stalkfleet, Jason Michael**
**December 1, 2021**
**Page 2**

On November 12, 2021, Mr. Stalkfleet reported to the Richland probation office and supplied a urine sample for random drug testing. Mr. Stalkfleet denied any additional drug use. The sample was forwarded to Abbott for confirmation.

On November 21, 2021, the sample was confirmed positive for the presence of fentanyl.

2     **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Stalkfleet is considered to be violation of his period of supervised release by failing to report for random drug testing on November 16, 2021.

On April 7, 2020, Mr. Stalkfleet's conditions of supervised release were reviewed with him and he acknowledged he understood he was to report for random drug testing as directed.

On August 31, 2020, Mr. Stalkfleet's Treatment Services Contract Program Plan was reviewed with him and he acknowledged he understood he was to call Merit Resource Services (Merit) daily and report for random drug testing when the color White was noted.

On November 16, 2021, the color White was called and Mr. Stalkfleet failed to report. Mr. Stalkfleet called this officer on November 17, 2021, and advised he had relapsed and used controlled substances with his estranged wife November 15, 2021, and he did not wake up in time to report to Merit to provide a random drug test.

3     **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Stalkfleet is considered to be violation of his period of supervised release by using controlled substances, fentanyl and methamphetamine, on or prior to November 15, 2021.

On April 7, 2020, Mr. Stalkfleet's conditions of supervised release were reviewed with him and he acknowledged he understood he was not to illegally use controlled substances.

As noted within Violation #2, Mr. Stalkfleet called this officer on November 17, 2021, and admitted he had been with his estranged wife on November 15, 2021, and used methamphetamine and fentanyl with her. Mr. Stalkfleet stated she had come to his home to sign divorce paperwork and they talked for several hours. He noted they ended up using the substances prior to her leaving.

Prob12C
**Re: Stalkfleet, Jason Michael**
**December 1, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 1, 2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

December 1, 2021
Date