PROB 12C
(6/16)

Report Date: February 24, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Michael Stalkfleet   Case Number: 0980 2:08CR06075-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 16, 2009

Original Offense:    Cts. 1-3: Distribution of a Controlled Substance - Heroin, 21 U.S.C. § 841(a)

Original Sentence:   Prison - 96 months;   Type of Supervision: Supervised Release
                     TSR - 72 months

Revocation Sentence:  Prison- 16 months;
(May 16, 2017)        TSR - 38 months

Revocation Sentence:  Prison- 14 months;
(February 7, 2019)    TSR- 24 months

Asst. U.S. Attorney:  Matthew Stone    Date Supervision Commenced: April 5, 2020

Defense Attorney:     Nick Mirr        Date Supervision Expires: April 4, 2022

---

### PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/1/2021.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

4 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Stalkfleet is considered to be violation of his period of supervised release by using a controlled substance, marijuana, on or prior to February 22, 2022.

On April 7, 2020, Mr. Stalkfleet's conditions of supervised release were reviewed with him and he acknowledged he understood he was not to illegally use controlled substances.

Prob12C
**Re: Stalkfleet, Jason Michael**
**February 23, 2022**
**Page 2**

On February 22, 2022, Mr. Stalkfleet reported to Merit Resource Services (Merit) as directed and provided a urine sample for testing. The sample tested presumptive positive for the presence of marijuana. The sample was forwarded to Abbott for confirmation.

On February 23, 2022, Mr. Stalkfleet sent a text message to this officer stating, "I peed hot for thc. I'm not in crisis, nothing like that. I'm doing what I'm supposed to. I'm seeing Terressa today and another counselor this week. Meetings and all that I honestly don't know if I could ever get to a point in my life where I just don't screw up anymore. But I do know I'm nothing of what I used to be."

On February 24, 2022, Mr. Stalkfleet reported to the probation office in Richland and stated he had decided to use marijuana and was not able to stop himself. He advised he is going to meet with a mental health professional to see if he can receive some direction as to why he continues to use substances when he has so much to lose.

Mr. Stalkfleet is currently scheduled to appear before the court on March 8, 2022, to address all alleged violations.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/24/2022

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

February 24, 2022
Date